UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 25-10037-RGS |
| DAVID SMERLING | ) | |
| | ) | |
| Defendant | ) | |

## MOTION FOR A RULE 11 HEARING

The United States of America, by and through its undersigned counsel, requests a Rule 11 hearing at the convenience of the Court on or after May 27, 2025.  The government further states that there is a plea agreement in this matter (Dkt. 46).

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ Kristen A. Kearney*
KRISTEN A. KEARNEY
Assistant U.S. Attorney

Date:  May 20, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

Dated:  May 20, 2025

By:    */s/ Kristen A. Kearney*
KRISTEN A. KEARNEY
Assistant United States Attorney