Rebecca Smerling

The Honorable Stearns
Judge, U. S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**Re: Character Letter on Behalf of David Smerling**

Dear Judge Stearns,

I am writing to you as the daughter of David Smerling, who is before you for sentencing. I would like to share with you the kind of father, grandfather, and community member he has been throughout my life.

My dad has always been a devoted father who remains deeply involved in the lives of his three children and his grandchildren. He has taken a genuine interest in our work, family life, and personal challenges, always offering his advice, knowledge, and encouragement. He has been present for countless milestones—big and small—and continues to be a source of patience and support in our daily lives.

In particular, my dad has been extraordinarily engaged with my children. He attends their soccer games, theater performances, and school events. He helps them with their homework, explaining history, math, and science with patience and enthusiasm. When my daughter, who is dyslexic, was preparing for her bat mitzvah, he spent countless hours helping her with Hebrew, working carefully and lovingly to ensure she not only learned her portion but understood its meaning. That time and care left a lasting impact on her and on our family.

Beyond our family, my dad has also been an active and vibrant member of our community. He shares his love of music with others, especially children, teaching them songs that connect them to tradition, prayer, and holiday joy. He has always been the type of person who shows up—whether to celebrate with friends or to lend a hand when others are in need.

The circumstances that brought my father before you today came as a complete shock to our family. We had no knowledge of his actions, as at home he was consistently present, sharing meals with us, watching the news, and being engaged in our family life. While we acknowledge the seriousness of his wrongdoing, it does not erase the many ways he has contributed positively to our family and community.

We hope that after he serves his sentence, my dad will be given the opportunity to return to his role as a father, grandfather, and community member. We know he has much more to give and that he can once again be a source of love, guidance, and support to those around him.

Thank you for considering my perspective as you weigh my father's future.

Respectfully,

Rebecca Smerling