To Whom It May Concern,

My name is Jessica Smerling and I am David Smerling's daughter. I am writing this letter to offer a personal character statement about the man I have known my entire life—a man who, despite his current circumstances, remains in my eyes a loving, generous, and deeply caring father.

Growing up, my father was always a steady and supportive presence in my life. He worked hard to provide for our family, often putting our needs before his own. His love wasn't just something he said—it was something he showed through his actions, big and small. Whether it was helping me with school, or simply being there when I needed guidance, he consistently demonstrated his commitment to his family.

He also is extremely present in the lives of my 2 preschool aged sons, as well as his 5 other grandchildren. He never misses a family dinner, birthday party, or soccer game. Grandpa David loves to play and sing to my sons. At my son's 2nd birthday party, he was the entertainment— singing preschool songs to all the small children, keeping them all so engaged. His dedication to family is seen through his actions and constant loving words.

Beyond our family, my father was known in our community as someone who would lend a hand to anyone in need. He was generous with his time and resources. That spirit of kindness and responsibility is a defining part of who he is. You could often see him volunteering at our temple or for years with my youth summer theater program.

I won't pretend that mistakes haven't been made—he acknowledges them, and I know he carries a deep sense of remorse. But those mistakes do not define him. I believe strongly in the values he taught me—compassion and integrity—and I have seen those values lived out through him, even in difficult times.

No matter what happens, he remains my father, and I love and respect him. I hope this letter helps to show that behind this situation is a good man who has made a real difference in the lives of those who know and love him.

Thank you for taking the time to consider my perspective.

Sincerely,

Jessica Smerling