To Whom it may concern:

I have known David Smerling since 1987 when I came to Temple Isaiah in Lexington, MA as the Assistant Rabbi.  I remained at Temple Isaiah from 1987 - 1993. I returned to Lexington in 1995 as the Regional Director of the Northeast Council of the Union of Reform Judaism where I served as the Northeast's Regional Director and a family friend to the Smerling Family.

During my rabbinate at Temple Isaiah and up until his arrest, David was always willing to volunteer during Shabbat or Holiday Services with his guitar and, more significantly and importantly, he volunteered to lead Shiva Services (Mourning Services) in people's homes who are in mourning.  I have lead services alongside him and have *seen* how his presence and calming voice has brought solace to the mourning.  Rarely has David said he was unable to volunteer for both the congregation and, later, for me at regional events.

I believe his involvement in the Temple Isaiah has been genuine.

Thank you for your time and consideration.

Sincerely yours,


Rabbi David S. Wolfman