Dear Judge Stearns,

My name is Warren Lada. David Smerling is married to my first cousin, Abbe. Through that relationship, I have known David for approximately forty-five years. During that time, I have seen David become an attorney, raise a beautiful family with my cousin Abbe. Their immediate family is comprised of three happily married children and seven beautiful grandchildren. During this 45 year relationship we have shared many happy moments together. There have also been sad times when life takes an unexpected toll. I've had a chance to establish a loving family relationship with him and all those in his family.

David is well known in Lexington and the Jewish community, with a very large circle of friends. He has volunteered his time singing in religious services and special occasions like weddings and Bar and Bat Mitzvahs.

I can attest that David has been warm, caring, interesting, giving, and someone that I've had a comfortable family relationship with. Over the years, we've shared many life cycle events together and many hours socializing, taking small trips, and enjoying family together.

In light of the current situation, I'm not quite sure what lies ahead. I do know that David's reputation with me over the forty-five years has been very positive. Thank you for your consideration.

Sincerely,

Warren Lada