**David Wasser**

September 27, 2025

To Whom It May Concern:

I am writing on behalf of David Smerling, a friend whom I have known for more than 35 years. He and I, and our families, have spent a lot of time together over the years, in social and religious community settings, at dinners and milestone celebrations, in both good and bad times. David and I helped each other with house projects, his wife and I have gardened together, and we've supported each other during illness and medical challenges. David played guitar and sang beautifully at our daughters' baby namings and Bat Mitzvahs, and he led religious services when my parents and my wife's parents died.

I have always known David to be very intelligent and thoughtful, and I could always count on him to offer me his honest, unvarnished opinion on whatever topic or issue we were discussing. David also has a terrific sense of humor, with a seemingly endless repertoire of jokes.

David has always been very generous with his time and willingness to help any member of our family with whatever was needed without asking for anything in return. I have also seen him do the very same thing with numerous other people in our community, and he developed and maintained a solid reputation for being the person to turn to in a time of need.

One example of this is the time he rescued one of my grandnephews who had managed to lock himself in our powder room during a party. He was three at the time and was crying because he couldn't get out. The boy's parents wanted to smash down the door, and others wanted to crash the room's window to lift him out that way. David stepped in, told everyone to stop being hysterical, and then proceeded to figure out how to take apart the lock. He kept talking to the boy throughout the fifteen minutes or so it took, in a calm, reassuring way. Everyone there gave David a rousing round of applause when the boy emerged, and I was thankful I didn't have to replace the door or the window.

Thank you for your consideration of this letter on behalf of David Smerling.

David Wasser