UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 25-10037-RGS |
| DAVID SMERLING ) | |
| ) | |
| Defendant ) | |

## [PROPOSED] ORDER

Pursuant to 18 U.S.C. § 3664(i), the Court orders the Clerk' Office to distribute the first $10,000 of restitution collected in the above-captioned case to Victim D (VIN 7736888). Any sums collected above that amount shall be distributed pro rata among all the victims.

_____        _____
Date                                                                    HON. RICHARD G. STEARNS
                                                                                United States District Judge

3